Submitted February 1, affirmed February 14, 1977

STATE OF OREGON, *Respondent,*
*v.*
DALE BRIAN BAILEY, *Appellant.*
(No. 76-3574, CA 6876)
559 P2d 1324

Gary D. Babcock, Public Defender, Salem, filed the brief for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Melinda L. Bruce, Assistant Attorney General, Salem, filed the brief for respondent.

Before Schwab, Chief Judge, and Thornton and Richardson, Judges.

PER CURIAM.

Affirmed. *State v. James,* 3 Or App 539, 474 P2d 779, Sup Ct *review denied* (1970).